**Order filed November 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00639-CV
_____

### DARRELL J. HARPER, Appellant

### V.

### HARRIS COUNTY TAX ASSESSOR-COLLECTOR AND ANN HARRIS BENNETT, Appellee

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-13792**

---

## ORDER

This is an attempted appeal from an order signed August 17, 2022. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, Darrell J. Harper has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West 2017).

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101

designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

This court will consider dismissal of this appeal unless appellant, within 10 days of the date of this order, files a copy of the order from the local administrative judge permitting the filing of this appeal. See Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.